# EXHIBIT C

| | |
|---|---|
| DISTRICT COURT OF ARAPAHOE COUNTY, STATE OF COLORADO<br>7325 S. Potomac Street<br>Centennial, Colorado 80112<br>_____<br><br>**GLENN MCKNIGHT** and **CARLTON A. SMITH II**, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>**v.**<br><br>**CHERRY CREEK MORTGAGE, LLC**, a Delaware company d/b/a "Blue Spot Home Loans," and **STEVEN NAKASH**, individually,<br><br>    Defendants.<br>_____<br>Attorneys for the Plaintiffs:<br><br>Jesse K. Fishman, No. 44807<br>Adam M. Harrison, No. 50553<br>HKM Employment Attorneys LLP<br>730 17th Street, Suite 750<br>Denver, Colorado 80202<br>Phone: (720) 255-0370<br>Fax: (720) 668-8989<br>E-mail: jfishman@hkm.com<br>        aharrison@hkm.com | DATE FILED: September 15, 2022 2:41 PM<br>FILING ID: 715CC8983AF84<br>CASE NUMBER: 2022CV31756<br><br>▲COURT USE ONLY▲<br><br>_____<br><br>Case Number:<br><br>Division: |
| **SUMMONS** ||

**THE PEOPLE OF THE STATE OF COLORADO TO THE ABOVE-NAMED DEFENDANT:**

    **Cherry Creek Mortgage, LLC**
    c/o C T Corporation System, Registered Agent
    7700 E. Arapahoe Road, Suite 220
    Centennial, CO 80112

1

You are hereby summoned and required to file with the clerk of this court an answer or other response to the attached complaint. If service of the summons and complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the summons and complaint was made upon you outside of the state of Colorado, you are required to file your answer or other response within 35 days after such service upon you.

If you fail to file your answer or other response to the complaint in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint without further notice.

Dated September 15, 2022.

*/s/ Adam M. Harrison*

_____
Jesse K. Fishman, No. 44807
Adam M. Harrison, No. 50553
HKM Employment Attorneys LLP
730 17th Street, Suite 750
Denver, Colorado 80202
Phone: (720) 255-0370
Fax: (720) 668-8989
E-mail: jfishman@hkm.com
          aharrison@hkm.com

*Attorneys for the Plaintiffs, individually and on behalf of all others similarly situated*

This summons is issued pursuant to Rule 4, C.R.C.P., as amended. **A copy of the complaint must be served with this summons.** This form should not be used where service by publication is desired.

WARNING: A VALID SUMMONS MAY BE ISSUED BY A LAWYER AND IT NEED NOT CONTAIN A COURT CASE NUMBER, THE SIGNATURE OF A COURT OFFICER, OR A COURT SEAL. THE PLAINTIFF HAS 14 DAYS FROM THE DATE THIS SUMMONS WAS SERVED ON YOU TO FILE THE CASE WITH THE COURT. YOU ARE RESPONSIBLE FOR CONTACTING THE COURT TO FIND OUT WHETHER THE CASE HAS BEEN FILED AND OBTAIN THE CASE NUMBER. IF THE PLAINTIFF FILES THE CASE WITHIN THIS TIME, THEN YOU MUST RESPOND AS EXPLAINED IN THIS SUMMONS. IF THE PLAINTIFF FILES MORE

THAN 14 DAYS AFTER THE DATE THE SUMMONS WAS SERVED ON YOU, THE CASE MAY BE DISMISSED UPON MOTION AND YOU MAY BE ENTITLED TO SEEK ATTORNEY'S FEES FROM THE PLAINTIFF.